```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO.  08-21548-CIV-JORDAN
                            MAGISTRATE JUDGE P.A. WHITE
```

JESSE YARBOROUGH,                  :

      Plaintiff,             :

v.                                 :        <u>REPORT OF MAGISTRATE JUDGE</u>
                                              <u>RE DISMISSAL FOR LACK OF</u>
UNITED STATES OF AMERICA,          :        <u>PROSECUTION (FAILURE TO PAY</u>
                                                <u>FEE OR REQUEST IFP)</u>
      Defendants.            :
_____

    The <u>pro se</u> plaintiff in this prisoner civil rights suit, Jesse Yarborough, filed a complaint against the United States, claiming that the United Parcel Service lost his personal property. He has neither paid the Clerk's filing fee nor filed a motion to proceed <u>in forma pauperis</u> with supporting financial documentation as required by 28 U.S.C. §1915(a).

    An order was entered explaining the relevant law and requiring the plaintiff to either pay the fee or file a properly supported motion to proceed <u>in forma pauperis</u> on or before July 11, 2008.

    The plaintiff was provided with a form application to proceed <u>in forma pauperis</u> and was cautioned that failure to either timely pay the filing fee or file the required documents would result in a report recommending that the case be dismissed.

    The plaintiff was further cautioned that he would need to amend his complaint.

    The plaintiff has not complied with the prior orders and has apparently abandoned this lawsuit.

It is therefore recommended that this case be dismissed without prejudice for lack of prosecution, as demonstrated by his failure to comply with the Court's Order.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report. The plaintiff may either file a motion to proceed in forma pauperis, with his six month financial statement or pay the Clerk's $350.00 with his objections if he wishes to continue to litigate this lawsuit.

Dated this 29th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Jesse Yarborough, Pro Se
      Reg #12906-171
      FCI-Butner
      Address of Record