UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-21548-CIV-JORDAN

| | |
|---|---|
| JESSE YARBOROUGH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| THE UNITED STATES OF AMERICA | ) ) |
| Defendant. | ) ) |

**ORDER OVERRULING REPORT AND RECOMMENDATION**

Magistrate Judge White's report recommending dismissal [D.E. 4] is OVERRULED for the recusal which follow.

On June 16, 2008, Magistrate Judge White entered an order compelling Mr. Yarborough to amend his complaint, and to either pay the filing fee or to file a motion to proceed *in forma pauperis* [D.E. 3]. This order apparently referred, incorrectly, to a different case dealing with requests for religious services. This case is not about religious services, but rather about Mr. Yarborough's allegation that government officials lost his personal property while he was incarcerated.

Mr. Yarborough failed to amend his complaint or file a motion to proceed IFP within the time frame required by Magistrate Judge White's order, and on July 29, Magistrate Judge White issued his report recommending dismissal of Mr. Yarborough's claim based on his apparent failure to prosecute [D.E. 4]. Shortly thereafter, Mr. Yarborough moved for leave to proceed IFP [D.E. 5], and cited as grounds for his tardiness the fact that his corrections facility was on lock down [D.E. 6].

Due to the confusion surrounding Magistrate Judge White's order and excusable neglect on the part of Mr. Yarborough to timely comply, the dismissal of this case for failure to prosecute is not warranted. Accordingly, Magistrate Judge White's report recommending dismissal is overruled. Mr. Yarborough's IFP motions [D.E. 5, D.E. 7] are GRANTED, and the case is referred back to Magistrate White.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of October, 2008.

*/s/ Adalberto Jordan*
Adalberto Jordan
United States District Judge

cc:    Magistrate Judge White; Jesse Yarborough, pro se; and all counsel of record